CGFI2 (6/30/17)

# United States Bankruptcy Court
**Southern District of Florida**
www.flsb.uscourts.gov

Case Number: 19–14416–JKO

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Maria C Plata
1309 Seagrape Cir
Weston, FL 33326
SSN: xxx–xx–0301

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, which was filed on **April 4, 2019**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Schedules of assets and liabilities.** The following schedules were not filed OR were not filed using the correct and/or current Official Bankruptcy Form.
**Deadline to correct deficiency: 4/18/19**

- Official Bankruptcy Form 106Sum, Summary of Your Assets and Liabilities and Certain Statistical Information

- Official Bankruptcy Form 106A/B, Schedule A/B: Property

- Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt

- Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property

- Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims

- Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases

- Official Bankruptcy Form 106H, Schedule H: Your Codebtors

- Official Bankruptcy Form 106I, Schedule I: Your Income

- Official Bankruptcy Form 106J, Schedule J: Your Expenses
  **and** (if applicable) Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2

**Declaration Concerning Debtor's Schedules** (Official Bankruptcy Form 106Dec, Declaration About an Individual Debtor's Schedules) was not filed or was not signed. See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D).
**Deadline to correct deficiency: 4/18/19**

- [x] Declaration not filed
- [ ] Declaration not signed
- [ ] Declaration must be filed with deficient schedules listed above

**Statement of Financial Affairs** (Official Bankruptcy Form 107 Your Statement of Financial Affairs for Individuals Filing for Bankruptcy) not filed completely or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 4/18/19**

☑ Statement not filed

☐ Statement not signed

☐ Statement incomplete

**Chapter 7 Statement of Your Monthly Income** (Official Bankruptcy Form 122A−1, Chapter 7 Statement of Your Current Monthly Income and Means−Test Calculation or 122A−1Supp, Chapter 7 Means Test Exemption Attachment) not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 4/18/19**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007−1(F). Payment advices are deficient as indicated: **Not Filed**
**Deadline to correct deficiency: 4/18/19**

**Please also be advised** of the following local requirement when correcting any deficiency related to filing of petitions, schedules, statements or lists:

The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF−04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007−2(B) and 1009−1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:** 4/5/19    **CLERK OF COURT**
By: Lisa Grzeskiewicz , Deputy Clerk

*Copies to:*    Debtor
                Attorney for Debtor